

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00899-CV

**IN RE** Corey Michael **MANSOUR**

Original Mandamus Proceeding[1]

**ORDER**

On January 10, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 5, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.B.M. and C.M.M., Children*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.